UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DESIREE MOHAWK,<br><br>                      Plaintiff,<br><br>v.<br><br>KEY MOTORS OF RENO, LLC, *et al.*,<br><br>                     Defendants. | Case No. 3:24-CV-00193-MMD-CLB<br><br>**ORDER WITHDRAWING REPORT AND RECOMMENDATION AND DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS***<br><br>[ECF Nos. 6, 7] |

Plaintiff Desiree Mohawk ("Mohawk") initiated this case by filing, among other documents, an application for leave to proceed *in forma pauperis* ("IFP"). (ECF No. 1.) After reviewing Mohawk's application and finding it was insufficient to render a decision on IFP status, the Court denied the application and ordered Mohawk to either file a long form version of the IFP application or pay the full $405 filing fee for a civil action, which includes the $350 filing fee and $55 administrative fee. (ECF No. 5.) Mohawk filed a completed long form IFP application, (ECF No. 6), and the undersigned Magistrate Judge entered a Report and Recommendation that Mohawk's IFP application be denied with prejudice and Mohawk be required to pay the full $405 filing fee for a civil action. (ECF No. 7.) Subsequently, Mohawk paid the $405.00 filing fee. (ECF No. 8.)

**IT IS THEREFORE ORDERED** that the Court's Report and Recommendation, (ECF No. 7), is hereby **WITHDRAWN.**

**IT IS FURTHER ORDERED** that Mohawk's longform IFP application, (ECF No. 6), is **DENIED** as moot.

IT IS SO ORDERED.

**DATED**: _June 20, 2024_.

_____
UNITED STATES MAGISTRATE JUDGE