1  Desiree Mohawk
2  1750 Lee Road, #16
   Quincy, California 95971
3  Telephone: (530) 394-0140
4  desiree.mohawk@proton.me

5  Plaintiff, *In Pro Per*

6

7                    UNITED STATES DISTRICT COURT
8                      FOR THE DISTRICT OF NEVADA
9

10 | DESIREE MOHAWK, an individual,          ) Case No: 3:24-cv-00193-ART-CLB
11 |                                         )
   |                 Plaintiff,              )
12 |                                         ) **ORDER GRANTING APPLICATION TO**
   |       v.                                ) **EXTEND TIME FOR SERVICE OF**
13 |                                         ) **PROCESS**
   | KEY MOTORS OF RENO, LLC, a              ) **(First Request)**
14 | Limited Liability Company, dba Key      )
15 | Acura of Reno; MIKE BAUMGART, an        )
   | individual; TOM CHEERS, an              )
16 | individual; LINDSEY BRADFIELD, an       )
   | individual; FEDERATED MUTUAL            )
17 | INSURANCE COMPANY, a Minnesota          )
18 | Insurance Company; and, DOES 1 - 25,    )
   |                                         )
19 |                 Defendants.             )
20 |                                         )

21     Plaintiff Desiree Mohawk hereby applies for an order extending the time to
22 effectuate service of the summons and complaint in this matter on all named defendants.
23 No prior requests for extension have been made.
24     Plaintiff requests that the Court extend the deadline as to Defendant Tom Cheers for
25 36 days to December 20, 2024, the date on which he was served. Plaintiff further requests
26 that the Court extend the deadline as to Defendant Key Motors of Reno, LLC for 62 days
27 to January 15, 2025, the date on which it was served. Plaintiff further requests that the
28 Court extend the deadline as to Defendants Mike Baumgart, Lindsey Bradfield and

---

EX PARTE APPLICATION TO EXTEND TIME FOR SERVICE OF PROCESS

Federated Mutual Insurance Company, who have not yet been served, for 104 days to February 26, 2025.

Dated: January 26, 2025

Respectfully Submitted,

_____
Desiree Mohawk
Plaintiff, *In Pro Per*


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 27, 2025