Desiree Mohawk
1750 Lee Road, #16
Quincy, California 95971
Telephone: (530) 394-0140
desiree.mohawk@proton.me

Plaintiff, *In Pro Per*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DESIREE MOHAWK, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>KEY MOTORS OF RENO, LLC, a Limited Liability Company, dba Key Acura of Reno; MIKE BAUMGART, an individual; TOM CHEERS, an individual; LINDSEY BRADFIELD, an individual; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota Insurance Company; and, DOES 1 - 25,<br><br>            Defendants. | Case No: 3:24-cv-00193-ART-CLB<br><br>**ORDER GRANTING MOTION TO EXTEND TIME FOR SERVICE OF PROCESS**<br>**(Second Request)** |

---

EX PARTE APPLICATION TO EXTEND TIME FOR SERVICE OF PROCESS

Plaintiff Desiree Mohawk hereby applies for an order extending the time to effectuate service of the summons and complaint in this matter on all named defendants. One prior request for extension was made on January 26, 2025 and granted on January 27, 2025.

Plaintiff requests that the Court extend the deadline as to Defendant Lindsey Bradfield for an additional 32 days to March 31, 2025.

Dated: February 27, 2025

Respectfully Submitted,

_____
Desiree Mohawk
Plaintiff, *In Pro Per*

No further extensions will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

Dated: February 28, 2025

_____
UNITED STATES MAGISTRATE JUDGE