Philip A. John
Nevada Bar No. 10627
Krystina M Butchart
Nevada Bar No. 14844
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702.251.4100
Facsimile: 702.251.5405
pjohn@wshblaw.com
KButchart@wshblaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

****

| | |
|---|---|
| DESIREE MOHAWK, an individual, | Case No. 3:24-cv-00193-ART-CLB |
| Plaintiff, | |
| v. | |
| KEY MOTORS OF RENO, LLC; a Limited Liability Company dba KEY ACURA OF RENO; MIKE BAUMBART, an individual; TOM CHEERS, an individual; LINDSEY BRADFIELD, an individual; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota Insurance Company; and DOES 1-25, | **ORDER GRANTING SUBSTITUTION OF COUNSEL** |
| Defendants. | |

TO:     ALL INTERESTED PARTIES; and

TO:     THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant TOM CHEERS hereby substitutes Philip A. John, Esq. and Krystina M. Butchart, Esq. of the law firm of WOOD, SMITH, HENNING & BERMAN, LLP as counsel of record in the above-entitled action in the place and stead of the law firm KREITLEIN MOSS, LTD.

///

///

37194749.1:12672-0020

~~March~~ April 2, 2025

By: /s/ Tom Cheers
TOM CHEERS

WOOD, SMITH, HENNING & BERMAN, LLP hereby consents to be substituted in the place and stead of KREITLEIN MOSS, LTD. as counsel of record for Defendant TOM CHEERS in the above-entitled action.

~~March~~ April 2nd, 2025          WOOD, SMITH, HENNING & BERMAN LLP

By  /s/ Philip A. John
Philip A. John
Nevada Bar No. 10627
Krystina M Butchart
Nevada Bar No. 14844
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020

*Attorneys for Defendants*

The Law office of KREITLEIN MOSS, LTD. does hereby consent to the substitution of WOOD, SMITH, HENNING & BERMAN, LLP as counsel of record for Defendant TOM CHEERS in the above-entitled action.

~~March~~ April 2, 2025          KREITLEIN MOSS, LTD.

By  /s/ Stephen C. Moss
Stephen C. Moss, Esq.
Nevada Bar No. 631
1575 Delucchi Lane, Suite 105
Reno, NV 89502
775-786-2222
steve@klmlawfirm.com

*Attorney for Defendant TOM CHEERS*

**ORDER**

**IT IS SO ORDERED.**

DATED: April 3, 2025

_____
UNITED STATES MAGISTRATE JUDGE

37194749.1:12672-0020                    -2-