# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

****

| | |
|---|---|
| DESIREE MOHAWK, an individual, | Case No. 3:24-cv-00193-ART-CLB |
| Plaintiff, | The Hon. Anne R. Traum |
| v. | **ORDER GRANTING** |
| KEY MOTORS OF RENO, LLC; a Limited Liability Company dba KEY ACURA OF RENO; MIKE BAUMBART, an individual; TOM CHEERS, an individual; LINDSEY BRADFIELD, an individual; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota Insurance Company; and DOES 1-25, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

COMES NOW, Plaintiff Pro Per DESIREE MOHAWK and Defendants KEY MOTORS OF RENO, LLC dba KEY ACURA OF RENO, MIKE BAUMBART, TOM CHEERS, LINDSEY BRADFIELD, and FEDERATED MUTUAL INSURANCE COMPANY, by and through their counsel of record of the law offices of Wood, Smith, Henning & Berman LLP, and hereby stipulate and agree that the above-entitled matter shall be dismissed with prejudice, each party to bear her/his/its own attorneys' fees and costs.

///
///

37531358.1:12672-0020

Case No. 3:24-cv-00193-ART-CLB

1      IT IS SO STIPULATED.

2   Dated this 13th of April, 2025                    DATED this 23rd day of June, 2025
                        May
3                                                     WOOD, SMITH, HENNING & BERMAN
                                                      LLP
4

5   By                                               By:
      Desiree Mohawk                                   Philip A. John, Esq.
6     1750 Lee Road, #16                               Nevada Bar No. 10627
      Quincy, CA 95971                                 Krystina M Butchart
7     530-394-0140                                     Nevada Bar No. 14844
      desiree.mohawk@proton.me                         2881 Business Park Court, Suite 200
8     *Plaintiff Pro Per*                              Las Vegas, Nevada 89128-9020
                                                       (702) 251-4100
9                                                      *Attorneys for Defendants*

10

11

12                          **ORDER**

13          IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above-referenced matter

14   shall be dismissed with prejudice, each party to bear her/its own attorneys' fees and costs.

15          IT IS SO ORDERED.

16

17                                                   Anne R. Traum
                                                     United States District Judge
18

19                                                   DATED: June 23, 2025

20

21

22

23

24

25

26

27

28